IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § | |
| v. | § § | CRIMINAL NUMBER H-14-607 |
| JONATHON JONES a/k/a JONATHON JONES CASTRO, | § § § § | |
| Defendant. | § | |

## VERDICT

On Count One of the Indictment we, the jury, unanimously find the defendant, Jonathon Jones Castro, __Not Guilty__.
"Guilty" or "Not Guilty"

7/21/2015
Date

_____
Foreperson